SAMUEL G. SIEGEL and Another, Respondents, v. MONTGOMERY WARD & COMPANY, Appellant.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Clarke, P. J., Scott, Smith, Page and Smith, JJ.